IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. BLOCKQUOTE, INC.,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CUSTOM SEATING, INC., and<br>INDIGO TECHNOLOGY TEAM LLC,<br><br>Defendants. | Case No. CIV-24-433-SPS<br><br>**FILED UNDER SEAL** |

## **COMPLAINT**

1. Relator Blockquote, Inc. brings this action on behalf of itself and the United States of America against defendants Custom Seating, Inc. and Indigo Technology Team LLC for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

2. This action seeks to recover funds that were loaned to Defendants through the federal Government's Paycheck Protection Program ("PPP") and forgiven by the Government as a result of false applications.

## **JURISDICTION AND VENUE**

3. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

4. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as one or more of the defendants reside or transact business

in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## PARTIES

5. Relator Blockquote, Inc. is a company based in California that produces public interest research, news reporting and investigations.

6. Custom Seating, Inc. is an Oklahoma corporation with an office location at 341 South 41st Street East, Muskogee, OK 74403.

7. Indigo Technology Team LLC is an Oklahoma corporation with an office at 2251 E Skelly Dr #104, Tulsa, OK 74105.

## THE PAYCHECK PROTECTION PROGRAM

8. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program ("PPP"), a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

9. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

10. The CARES Act gives lenders delegated authority to process loan

applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

11. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

12. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

13. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

14. Borrowers were later able to seek forgiveness of the loans if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities during either the 8- or 24-week period after disbursement.

## PPP LOAN SCHEME

15. On December 27, 2020, the Economic Aid to Hard-Hit Small

Businesses, Nonprofits, and Venues Act ("Economic Aid Act") was enacted, extending the authority to make PPP loans through March 31, 2021, revising certain PPP requirements, and permitting Second Draw PPP loans.

16. Section 322 of the Economic Aid Act included a prohibition against businesses obtaining Second Draw PPP funds if a member of Congress or their spouse directly or indirectly held a controlling interest in the business (a "covered entity"). This was reiterated in the SBA's Interim Final Rule on January 14, 2021. 86 Fed. Reg. 3698; *see also id.* at 3706.

17. Section 322 of the Economic Aid Act defined the term "Member of Congress" to include a member of the House of Representatives.

18. Section 322 of the Economic Aid Act defined the term "controlling interest" to mean "owning, controlling, or holding not less than 20 percent, by vote or value, of the outstanding amount of any class of equity interest in a borrower." This analysis required "the securities owned, controlled or held by the individual and spouse [to] be aggregated."

19. Section 322 of the Economic Aid Act defined the term "equity interest" to mean "(1) a share in a borrower, without regard to whether the share is transferable or classified as stock or anything similar, (2) a capital or profit interest in a limited liability company or partnership, or (3) a warrant or right, other than a right to convert, to purchase, sell, or subscribe to a share of interest described in (1) or (2), respectively….

20. Moreover, covered entities that had obtained First Draw loans had to submit a Form 3508D: Paycheck Protection Program Borrower's Disclosure of Certain Controlling Interests to their PPP lender that identified the "covered individual" who had a controlling interest in the business.

21. Tammy Hern is married to Congressman Kevin Hern.

22. At all relevant times, Tammy Hern was the owner of the Tammy Hern Revocable Trust, which wholly owned a company called Firstrike Management Group, which had a 50% ownership interest in Custom Seating Inc.

23. Custom Seating, Inc. was approved for a First Draw PPP loan of $804,270 by Firstar Bank on April 4, 2020. It reported 47 jobs. The loan plus interest was forgiven, a total of $809,270.

24. Custom Seating, Inc. was approved for a Second Draw PPP loan of $771,693 by Firstar Bank on Jan. 19, 2021. It reported 73 jobs. The loan plus interest was forgiven, a total of $776,966.

25. Representative Kevin Hern is one of the founders of Firstar Bank, and he sat on its executive board.

26. At all relevant times, the Tammy Hern Revocable Trust wholly owned a company called Firstrike Capital, which had a 30% ownership interest in Indigo Technology Team LLC.

27. Upon information and belief, the Tammy Hern Revocable Trust

received pass through income from Indigo Technology Team LLC.

28. Indigo Technology Team LLC was approved for a First Draw PPP loan of $43,500 by Arvest Bank on April 15, 2020. It reported 12 jobs. The loan plus interest was forgiven, a total of $43,870.

29. Indigo Technology Team LLC was approved for a Second Draw PPP loan of $87,162 by Prosperity Bank on Jan. 31,2021. It reported 6 jobs. The loan plus interest was forgiven, a total of $87,575.

30. Because they were covered entities, Custom Seating, Inc. and Indigo Technology Team LLC were not eligible for Second Draw PPP funding.

## **FALSE CERTIFICATIONS**

31. Version 1 of the Second Draw PPP Borrower Application Form, effective January 8, 2021, required the applicant to certify in good faith that, *inter alia*:

   a. The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) and the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act (the Paycheck Protection Program Rules).

   b. I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable

-6-

       under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

32. The applicant was also required to certify by initialing that:

       The President, the Vice President, the head of an Executive department, or a Member of Congress, or the spouse of such person as determined under applicable common law, does not directly or indirectly hold a controlling interest in the Applicant, with such terms having the meanings provided in Section 322 of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act.

33. Defendants had to make these certifications when applying for PPP funds.

34. These PPP certifications were false because of Representative Hern's spouse's controlling interest in the companies.

35. Moreover, Defendants would have had to make these certifications after being required to submit disclosures of controlling interests in relation to their First Draw loans, putting them on notice of exactly what this certification entailed.

## CONCLUSION

36. Defendants should be required to repay the loans and interest that were forgiven by the federal government, plus processing fees and penalties.

## COUNT I
## VIOLATIONS OF 31 U.S.C. § 3729
## FALSE CLAIMS ACT

37.  Relator hereby incorporates and realleges all other paragraphs as if fully set forth herein.

38.  As set forth above, Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

39.  As set forth above, Defendants knowingly made, used, or caused to be made or used, false records or statements material to numerous false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

40.  Due to Defendants' conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim, record, or statement. 31 U.S.C. § 3729.

41.  Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendants:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States a maximum civil penalty for each of the false claims, records, and statements;

(c) awarding Relator the maximum relator's share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs and reasonable attorneys' fees and expenses; and

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

/s/ Wayne Allison

Wayne Allison, OBA 21933
ALLISON LEGAL, PLLC
2004 Huntington Ave.,
Nichols Hills, OK 73116
Telephone: 405-250-2782
Facsimile: (866) 266-2781
wayne@allisonlegal.com

Jason Marcus (*applying for pro hac vice*)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com